FILED

12/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0518

# IN THE SUPREME COURT OF THE STATE OF MONTANA
* * * * *

IN RE THE MARRIAGE OF, ) Cause No. DA 20-0518
)
THERESA CARBAH )
) **ORDER OF SUBSTITUTION OF**
        Petitioner and Appellee, ) **MEDIATOR**
)
  and )
)
CHRISTOPHER CARBAH, )
)
        Respondent and Appellant. )
)
_____ )

      UPON Stipulation of the parties, and there appearing good cause therefore, IT IS HEREBY

ORDERED that Vuko Voyich is substituted for Dana Christian as the mediator in this case.


_____date_____
Supreme Court Justice


Cc:    Kirsten Mull Core
       Karl Knuchel
       Dana Christian

- 1 -

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 14 2020